

SO ORDERED,

*Edward Ellington*

**Judge Edward Ellington**
**United States Bankruptcy Judge**
**Date Signed: August 21, 2017**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

IN RE:

JOINISHA KENYATA WOMACK           NO. 17-02363 EE

### ORDER

This matter having come on for consideration upon the Motion for Relief from Automatic Stay filed on behalf of Capital One Auto Finance, a division of Capital One, N.A. (hereinafter "Capital One"), (DK#24) and the Court being advised that the Debtor does not oppose the requested relief, it is therefore,

ORDERED, ADJUDGED AND DECREED that the Automatic Stay of Section 362 of the Bankruptcy Code is hereby terminated as to Capital One, as to one (1) 2008 AUDI A4 Sedan, VIN WAUAF78E58A072973.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the subject matter personal property collateral of the Debtor, be, and the same hereby is, abandoned as property of the estate.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order shall be immediately enforceable, and the provisions of Rule 4001(a)(3) F.R.Bkp. Pro., shall not

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

apply to this Order.

*END OF ORDER*

AGREED BY:

_____
ROBERT ALAN BYRD, Attorney
for Capital One Auto Finance, a Division
of Capital One, N.A.

**Signature Affixed**
_____
RICHARD GRINDSTAFF, Attorney
for Debtor
**Signature Affixed**
_____
Attorney for Trustee

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

apply to this Order.

**\*END OF ORDER\***

AGREED BY:

_____
ROBERT ALAN BYRD, Attorney
for Capital One Auto Finance, a Division
of Capital One, N.A.

/s/ Richard R. Grindstaff
RICHARD GRINDSTAFF, Attorney
for Debtor

_____
Attorney for Trustee

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

apply to this Order.

*END OF ORDER*

AGREED BY:

_____
ROBERT ALAN BYRD, Attorney
for Capital One Auto Finance, a Division
of Capital One, N.A.

**Signature Affixed**

_____
RICHARD GRINDSTAFF, Attorney
for Debtor

_____ for
Attorney for Trustee

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029